# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND DAVID KILDUFF,<br><br>                    Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL d/b/a ARIA,<br><br>                    Defendant(s). | 2:13-CV-305 JCM (PAL) |

## ORDER

Presently before the court is defendant MGM Resorts International's motion for attorney fees. (Doc. # 27). Plaintiff has not filed a response and the response date for filing a response has passed.

Plaintiff allegedly slipped and fell inside a bar located in side the Aria Resort and Casino. The plaintiff apparently misidentified the correct casino and sued this defendant, MGM, instead of the Aria. Defendant filed a motion to dismiss, and this court granted the motion pursuant to local rule 7-2(d) because plaintiff never responded to the motion to dismiss.

Defendant now seeks attorney fees in defending this lawsuit. A court may "award counsel fees to a successful party when his opponent has acted in bad faith, vexatiously, wantonly, or for oppressive reasons." *United States v. Standard Oil Co. of California*, 603 F.2d 100, 103 (9th Cir. 1979). Defendant's state that plaintiff's counsel acted in bad faith; however, the arguments are really

**James C. Mahan**
**U.S. District Judge**

that plaintiff's counsel is lazy and incompetent.  The court does not find bad faith based on the conduct in this litigation and declines to award fees.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendant's motion for attorney fees (doc. # 27) be, and the same hereby, is DENIED.

DATED June 26, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -