UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND DAVID KILDUFF,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL d/b/a ARIA,<br><br>　　　　　　Defendant(s). | 2:13-CV-305 JCM (PAL) |

**ORDER**

Presently before the court is defendant MGM Resorts International's motion for attorney fees. (Doc. # 27). Plaintiff has not filed a response and the response date for filing a response has passed.

Plaintiff allegedly slipped and fell inside a bar located in side the Aria Resort and Casino. The plaintiff apparently misidentified the correct casino and sued this defendant, MGM, instead of the Aria. Defendant filed a motion to dismiss, and this court granted the motion pursuant to local rule 7-2(d) because plaintiff never responded to the motion to dismiss.

Defendant now seeks attorney fees in defending this lawsuit. A court may "award counsel fees to a successful party when his opponent has acted in bad faith, vexatiously, wantonly, or for oppressive reasons." *United States v. Standard Oil Co. of California*, 603 F.2d 100, 103 (9th Cir. 1979). Defendant's state that plaintiff's counsel acted in bad faith; however, the arguments are really

**James C. Mahan**
**U.S. District Judge**

1 | that plaintiff's counsel is lazy and incompetent.  The court does not find bad faith based on the
2 | conduct in this litigation and declines to award fees.
3 |     Accordingly,
4 |     IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendant's motion for attorney
5 | fees (doc. # 27) be, and the same hereby, is DENIED.
6 |     DATED June 26, 2013.

                                              **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -